**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The briefing schedule on Plaintiff's motion is revised as follows: Defendants shall file their response to Plaintiff's motion, by June 11, 2025, at 5:00 p.m. Plaintiff shall file his reply by June 23, 2025, at 5:00 p.m. The Court shall hold an in-person hearing on **Wednesday, July 2, 2025, at 9:00 a.m**.

The Court's Order entered on May 12, 2025, shall remain in effect until the earlier of Wednesday, July 2, 2025, at 5:00 p.m., or further Order to the Court. Nothing in the Court's Order prevents Defendants from placing Plaintiff on an order of supervision with a yearly reporting requirement, cancelling Plaintiff's delivery bond, and returning the bond money to the bond obligor.

DATED: May 15, 2025

_____
Noël Wise
United States District Judge