CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
CHRISTOPHER F. JEU (CABN 247865)
Assistant United States Attorney

   60 South Market Street, Suite 1200
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (415) 535-5066
   christopher.jeu@usdoj.gov

Attorneys for Federal Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWIN YOBANI ENAMORADO,<br><br>    Petitioner-Plaintiff,<br><br>    v.<br><br>POLLY KAISER, in her official capacity, Acting San Francisco Field Office Direction, U.S. Immigration and Customs Enforcement, et al.,<br><br>    Respondents-Defendants | No. 25-cv-04072-NW<br><br>**STIPULATED REQUEST TO MODIFY BRIEFING AND HEARING SCHEDULE;** [PROPOSED] **ORDER** |

    Petitioner-Plaintiff Edwin Yobani Enamorado ("Plaintiff") and Respondents-Defendants Polly Kaiser, Todd Lyons, Kristi Noem, and Pamela Bondi ("Defendants") hereby stipulate as follows:

    1.    On May 11, 2025, Petitioner filed a Petition for a Writ of Habeas Corpus and Complaint, Dkt. No. 2, and an Ex Parte Motion for Temporary Restraining Order, Dkt. No. 3.

    2.    On May 12, 2025, this Court issued an Order granting the motion for Temporary Restraining Order and Setting a Briefing Schedule and Hearing. Dkt. No. 8. The Court granted the ex parte motion pending further briefing and hearing on the matter. The Court ordered Defendants to file a response to Plaintiff's motion by May 15, 2025, at 5:00 p.m. and Plaintiff to file a reply by May 19,

1  2025, at 5:00 p.m.  The Court set an in-person hearing for May 21, 2025, at 9:00 a.m.

2      3.    On May 13, 2025, Plaintiff served Defendants with a copy of the Petition, Motion, and
3  Order

4      4.    On May 15, 2025, pursuant to the Parties' stipulated request, the Court extended the
5  briefing and hearing schedule as follows:

6          a.    Defendants shall file their response to Plaintiff's motion, by June 11, 2025, at
7          5:00 p.m.;

8          b.    Plaintiff shall file his reply by June 23, 2025, at 5:00 p.m.;

9          c.    The Court shall hold an in-person hearing on Wednesday, July 2, 2025, at 9:00
10          a.m.

11      5.    Due to competing projects and further coordination regarding the briefing, the Parties
12  have agreed to request an extension to the briefing schedule.  Following a meet and confer, the parties
13  agreed to extend the briefing schedule.  Accordingly, subject to the Court's approval, the Parties
14  stipulate to revise the briefing schedule as follows:

15          a.    Defendants shall file their response to Plaintiff's motion, by June 16, 2025, at
16          5:00 p.m.;

17          b.    Plaintiff shall file his reply by July 3, 2025, at 5:00 p.m.;

18          c.    The Court shall hold an in-person hearing on Wednesday, July 16, 2025, at 9:00
19          a.m. or a date TBD by the Court.

20      6.    The Parties further stipulate that the Court's order entered on May 12, 2025 shall remain in
21  effect until the earlier of the date of the Court's TRO hearing, at 5:00 pm or further Order of this Court.

22  DATED: June 11, 2025        Respectfully submitted,

23          CRAIG H. MISSAKIAN
        United States Attorney
24
           /s/ Christopher F. Jeu
25          CHRISTOPHER F. JEU
        Assistant United States Attorney
26
        Attorneys for Respondents-
27          Defendants

28

DATED: June 11, 2025            LAKIN & WILLE LLP

                                                      */s/ Judah Lakin*
                                                  JUDAH LAKIN

                                        Attorneys for Petitioner-Plaintiff

## ECF ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I, Christopher F. Jeu, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.

                                                  */s Christopher F. Jeu*
                                                  CHRISTOPHER F. JEU

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
CHRISTOPHER F. JEU (CABN 247865)
Assistant United States Attorney

    60 South Market Street, Suite 1200
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (415) 535-5066
    christopher.jeu@usdoj.gov

Attorneys for Federal Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWIN YOBANI ENAMORADO,<br><br>    Petitioner-Plaintiff,<br><br>v.<br><br>POLLY KAISER, in her official capacity, Acting San Francisco Field Office Direction, U.S. Immigration and Customs Enforcement, *et al.*,<br><br>    Respondents-Defendants | No. 25-cv-04072-NW<br><br>**DECLARATION OF CHRISTOPHER F. JEU** |

I, CHRISTOPHER F. JEU, declare as follows:

I am the Assistant United States Attorney assigned to the above-captioned action.

1.     This declaration is made pursuant to Civil Local Rule 6-2 and in Support of the Second Stipulated Request to Extend the Briefing and Hearing Schedule.

2.     Pursuant to Local Rule 6-2(a)(1), the reason for the requested enlargement of time is it would be beneficial for both sides to have additional time to prepare their respective briefing regarding the Court's Order Granting the Motion for Temporary Restraining Order. *See* Dkt. Nos. 8 and 12. Counsel for both sides have competing projects, which have informed their stipulated proposal regarding

the briefing schedule.  The Parties have consulted with the Court's staff about the requested extension.

3. Pursuant to Local Rule 6-2(a)(2), following are the time modifications in the case:

- May 2025:  Order Granting Stipulated Request to Extend TRO Briefing Schedule. *See* Dkt. Nos. 11 and 12.

Pursuant to Local Rule 6-2(a)(3), under the requested extension, the Court would extend the briefing schedule and continue the hearing to July 16, 2025 or to a date TBD by the Court.  Otherwise, the case schedule would not be extended.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 11, 2025 in Santa Clara County, California.

Respectfully submitted,

*/s/ Christopher F. Jeu*
CHRISTOPHER F. JEU

DECLARATION OF CHRISTOPHER F. JEU
25-cv-04072-NW                                                2

## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. The briefing schedule on Plaintiff's motion is revised as follows: Defendants shall file their response to Plaintiff's motion, by June 16, 2025, at 5:00 p.m. Plaintiff shall file his reply by July 3, 2025, at 5:00 p.m. The Court shall hold an in-person hearing on **Wednesday, July 16, 2025, at 9:00 a.m**. or a date TBD by the Court.

The Court's order entered on May 12, 2025 shall remain in effect until the earlier of the date of the Court's TRO hearing, at 5:00 pm or further order of this Court.

DATED: June 12, 2025

_____
Noël Wise
United States District Judge