CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ROMAN A. SWOOPES (CABN 274167)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5084
FAX: (408) 535-5081
Roman.Swoopes@usdoj.gov

Attorneys for Respondents-Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWIN YOBANI ENAMORADO,<br><br>Petitioner-Plaintiff,<br><br>v.<br><br>POLLY KAISER, in her official capacity, Acting San Francisco Field Office Director, U.S. Immigration and Customs Enforcement, et al.<br><br>Respondents-Defendants. | CASE NO. 5:25-cv-04072-NW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SUPPLEMENTAL BRIEFING SCHEDULE FOR TRO**<br><br>Judge: Hon. Noël Wise |

Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, and subject to the Court's approval, Petitioner-Plaintiff Edwin Yobani Enamorado ("Plaintiff") and Respondents-Defendants Polly Kaiser, Todd M. Lyons, Kristi Noem, and Pamela Bondi ("Defendants") hereby stipulate as follows:

WHEREAS, on July 3, 2025, Plaintiff filed an Amended Motion for Temporary Restraining Order ("TRO") (ECF No. 18);

WHEREAS, on July 16, 2025, this Court held a hearing on Plaintiff's motion;

WHEREAS, on July 17, 2025, this Court issued an order granting Plaintiff's motion for a TRO to preserve the status quo pending further briefing and a hearing on this matter (ECF No. 24 ("July 17 Order"));

WHEREAS, the Court's July 17 Order stated, in relevant part: "This Order shall remain in effect

until the earlier of Tuesday, August 19, 2025, at 5:00 p.m., or further Order of this Court," *id.* at 4;

WHEREAS, Plaintiff and Defendants consent to the Court's July 17 Order remaining in effect pending a decision from this Court on Plaintiff's Amended Motion for Temporary Restraining Order, following supplemental briefing and a hearing;

WHEREAS, the Court's July 17 Order required Defendants to provide supplemental briefing by August 1, 2025, with Plaintiff to provide a reply by August 15, 2025, *id.* at 3;

WHEREAS, Defendants have been working in good faith to provide answers to the Court's questions but require more time to gather additional information;

WHEREAS, the parties have agreed on a revised briefing and hearing schedule for Plaintiff's Amended Motion for Temporary Order;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that, subject to the Court's approval:

1. The following deadlines will apply to Plaintiff's Amended Motion for Temporary Restraining Order:

| **Event** | **Date** |
|---|---|
| Defendants file supplemental briefing in response to the Court's questions | 8/29/2025 |
| Plaintiff files reply | 9/19/2025 |
| Hearing on Amended Motion for TRO | 10/1/2025 or a date convenient for the Court |

2. The Court's July 17 Order will remain in effect pending a decision from this Court on Plaintiff's Amended Motion for Temporary Restraining Order following briefing and a hearing.

//

//

//

//

//

//

DATED: July 29, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Roman A. Swoopes*
ROMAN A. SWOOPES
Assistant United States Attorney

*Attorneys for Respondents-Defendants*

DATED: July 29, 2025

*/s/ Heliodoro Moreno, Jr.*
HELIODORO MORENO, JR.
Office of the Public Defender
Contra Costa County

*Attorneys for Plaintiff*

**ECF ATTESTATION**

In accordance with Civil Local Rule 5(i)(3), I, Roman A. Swoopes, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

**~~[PROPOSED]~~ ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. The following deadlines will apply to Plaintiff's Amended Motion for Temporary Restraining Order:

| Event | Date |
|---|---|
| Defendants file supplemental briefing in response to the Court's questions | 8/29/2025 |
| Plaintiff files reply | 9/19/2025 |
| Hearing on Amended Motion for TRO | 10/1/2025 or a date convenient for the Court |

2. The Court's July 17 Order will remain in effect pending a decision from this Court on Plaintiff's Amended Motion for Temporary Restraining Order following briefing and a hearing.

Pursuant to stipulation, IT IS SO ORDERED.

DATED: July 30, 2025

HON. NOËL WISE
United States District Judge