Heliodoro Moreno, Jr. (SBN 275930)
heliodoro.moreno@pd.cccounty.us
Jane Lee (SBN 296021)
jane.lee@pd.cccounty.us
OFFICE OF THE PUBLIC DEFENDER
Contra Costa County
800 Ferry Street
Martinez, CA 94553
Telephone: (925) 608-9600
Facsimile: (925) 608-9610

Judah Lakin (SBN 307740)
judah@lakinwille.com
Amalia Wille (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN YOBANI ENAMORADO,<br><br>    Petitioner-Plaintiff,<br><br>    v.<br><br>SERGIO ALBARRAN, in his official capacity, San Francisco Field Office Director, U.S. Immigration and Customs Enforcement, et al.[1]<br><br>    Respondents-Defendants. | Case No: 5:25-cv-4072-NW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT STATEMENT AND CONFERENCE SCHEDULE**<br><br>**Judge: Noël Wise** |

---

[1] Sergio Albarran is automatically substituted as a defendant in this matter pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

Stipulation Re: Case Management
Statement and Conference                              i                    Case No. 5:25-CV-4072-NW

Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, and subject to the Court's approval, Petitioner-Plaintiff Edwin Yobani Enamorado ("Plaintiff") and Respondents-Defendants Polly Kaiser, Todd M. Lyons, Kristi Noem, and Pamela Bondi ("Defendants") hereby stipulate as follows:

WHEREAS, on July 30, 2025, this Court issued an order granting the stipulation by the parties extending the supplemental briefing schedule on Plaintiff's Amended Motion for Temporary Restraining Order (TRO) and re-setting the hearing on the TRO to October 1, 2025 (ECF No. 29);

WHEREAS, on August 1, 2025, this Court's clerk re-set the due date for the case management statement to September 23, 2025, and re-set the case management conference to October 1, 2025 (ECF No. 30);

WHEREAS, the parties believe that preparation of the case management statement and subsequent hearing will benefit from having a final order from this Court on Plaintiff's motion for a TRO;

WHEREAS, the parties have agreed on a revised deadline for the case management statement and date for the case management conference;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that, subject to the Court's approval:

1. The following deadlines will apply to the case management statement and conference:

| Event | Date |
|---|---|
| Parties file case management statement | 10/28/25 |
| Case Management Conference | 11/4/25 or a date convenient for the Court |

Stipulation Re: Case Management
Statement and Conference                    1              Case No. 5:25-CV-4072-NW

Dated: September 19, 2025     Respectfully submitted,

*s/Heliodoro Moreno, Jr.*
HELIODORO MORENO, JR.
Office of the Public Defender
Contra Costa County

*Attorney for Plaintiff*

CRAIG H. MISSAKIAN
United States Attorney

/s/ Roman A. Swoopes
ROMAN A. SWOOPES
Assistant United States Attorney

*Attorneys for Defendants*

## ATTESTATION PURSUANT TO CIVIL L.R. 5.1(i)(3)

As the filer of this document, I attest that concurrence in the filing was obtained from the other signatories. Executed on this 19th day of September 2025 in Martinez, California.

*s/Heliodoro Moreno, Jr.*
Heliodoro Moreno, Jr.
*Attorney for Plaintiff*

# [PROPOSED] ORDER

Pursuant to the Parties' stipulation, IT IS HEREBY ORDERED that:

1. The following deadlines will apply to the case management statement and conference:

| Event | Date |
| --- | --- |
| Parties file case management statement | 10/28/25 |
| Case Management Conference | 11/18/2025 or a date convenient for the Court |

Pursuant to stipulation, IT IS SO ORDERED.

DATED: September 22, 2025

_____
HON. NOËL WISE
United States District Judge