1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ROMAN A. SWOOPES (CABN 274167)
   Assistant United States Attorney
4  60 South Market Street, Suite 1200
   San Jose, California 95113
5  Telephone: (408) 535-5084
   FAX: (408) 535-5081
6  Roman.Swoopes@usdoj.gov

7  Attorneys for Respondents-Defendants

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11 EDWIN YOBANI ENAMORADO,            )   CASE NO. 5:25-cv-04072-NW
                                      )
12       Petitioner-Plaintiff,        )   **STIPULATION AND [PROPOSED] ORDER**
                                      )   **REGARDING PRELIMINARY INJUNCTION**
13   v.                               )   **HEARING**
                                      )
14 SERGIO ALBARRAN, in his official capacity, )   Judge: Hon. Noël Wise
   San Francisco Field Office Director, U.S.   )
15 Immigration and Customs Enforcement, et al. )
                                      )
16       Respondents-Defendants.      )

17       Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, and subject to the Court's approval, the

18 parties stipulate as follows:

19       1.      At midnight on September 30, 2025, the appropriations act that had been funding the

20 Department of Justice expired and appropriations to the Department lapsed. The date when funding will

21 be restored by Congress has not been established.

22       2.      On October 1, 2025 at 9:00 am this Court was scheduled to hold a hearing regarding why

23 the Temporary Restraining Order entered on July 17, 2025 (ECF No. 24 ("TRO")) should not be

24 converted to a Preliminary Injunction.

25       3.      Due to the federal funding lapse, at the October 1 hearing, counsel for Respondents-

26 Defendants informed the Court that he would be furloughed and requested a stay of this action until

27 Congress restores funding to the Department of Justice.

28       4.      In response, the Court agreed to continue the hearing on this matter until November 12,

STIPULATION RE: PRELIMINARY INJUNCTION HEARING
CASE NO. 5:25-CV-04072-NW                    1

2025 but ordered that the parties inform the Court if the matter could be heard earlier.

5. On October 1, 2025, after the hearing, counsel for Respondents-Defendants received updated guidance from the Department of Justice indicating that my work on this habeas case is considered "excepted" and should continue during the Department's funding lapse.

Therefore, subject to approval of the Court, **IT IS HEREBY STIPULATED** by the parties to this action, through their counsel of record, that:

A hearing on whether to convert the TRO in this case into a preliminary injunction shall be held via Zoom on October 22, 2025 at 9:00 a.m. [or on another date convenient for the Court].

DATED: October 9, 2025            Respectfully submitted,

                                  CRAIG H. MISSAKIAN
                                  United States Attorney

                                  */s/ Roman A. Swoopes*
                                  Roman A. Swoopes
                                  Assistant United States Attorney
                                  Attorneys for Respondents-Defendants

DATED: October 9, 2025            OFFICE OF THE PUBLIC DEFENDER
                                  CONTRA COSTA COUNTY

                                  */s/ Heliodoro Moreno*
                                  Heliodoro Moreno
                                  Attorneys for Petitioner-Plaintiff

### ECF ATTESTATION

In accordance with Civil Local Rule 5(i)(3), the filer of this document attests that all other signatories listed here have concurred in the filing of this document.

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED: _____            _____
                               HON. NOËL
                               United States

*GRANTED — Judge Noël Wise* (seal: United States District Court, Northern District of California)