Heliodoro Moreno, Jr. (SBN 275930)
heliodoro.moreno@pd.cccounty.us
Jane Lee (SBN 296021)
jane.lee@pd.cccounty.us
OFFICE OF THE PUBLIC DEFENDER
Contra Costa County
800 Ferry Street
Martinez, CA 94553
Telephone: (925) 608-9600
Facsimile: (925) 608-9610

Judah Lakin (SBN 307740)
judah@lakinwille.com
Amalia Wille (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

Attorneys for Petitioner-Plaintiff

Craig H. Missakian (CABN 125202)
UNITED STATES ATTORNEY
Pamela T. Johann (CABN 145558)
Chief, Civil Division
Roman A. Swoopes (CABN 274167)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5084
FAX: (408) 535-5081
Roman.Swoopes@usdoj.gov

Attorneys for Respondents-Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWIN YOBANI ENAMORADO, | CASE NO. 5:25-cv-04072-NW |
| Petitioner-Plaintiff, | **SECOND STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT STATEMENT AND CONFERENCE SCHEDULE** |
| v. | |
| SERGIO ALBARRAN, in his official capacity, San Francisco Field Office Director, U.S. Immigration and Customs Enforcement, et al. | Judge: Hon. Noël Wise |
| Respondents-Defendants. | |

Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, and subject to the Court's approval, the parties stipulate as follows:

WHEREAS, on September 22, 2025, this Court set a case management conference for November 18, 2025 and ordered the parties to submit a case management conference statement by November 4, 2025 (ECF Nos. 35, 36);

WHEREAS, on October 22, 2025, this Court held a hearing on Petitioner's motion for a Preliminary Injunction and took the motion under submission;

2ND STIP. RE: CASE MGT. STATEMENT & CONFERENCE
CASE NO. 5:25-CV-04072-NW                  1

WHEREAS, the parties believe that a ruling from the Court on the motion for preliminary injunction will significantly impact any remaining proceedings in this case and that preparing a case management statement will greatly benefit from having an order regarding the motion;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Petitioner and Respondents that, subject to the Court's approval, the following deadlines will apply to the case management statement and conference:

| Event | Date |
|---|---|
| Parties file case management statement | 11/18/2025 |
| Case Management Conference | ~~12/2/2025 or~~ a date convenient for the Court |

DATED: November 3, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Roman A. Swoopes*
Roman A. Swoopes
Assistant United States Attorney
Attorneys for Respondents-Defendants

DATED: November 3, 2025

LAKIN & WILLE LLP

*/s/ Judah Lakin*
Judah Lakin
Attorneys for Petitioner-Plaintiff

### ECF ATTESTATION

In accordance with Civil Local Rule 5(i)(3), the filer of this document attests that all other signatories listed here have concurred in the filing of this document.

### [PROPOSED] ~~ORDER~~

Pursuant to stipulation, IT IS SO ORDERED.

DATED: _____

_____
HON. NO...
United Sta...

*(Stamp: UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Noël Wise)*

2ND STIP. RE: CASE MGT. STATEMENT & CONFERENCE
CASE NO. 5:25-CV-04072-NW                2