CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHAEL J. STARRETT (NYBN 5444575)
Special Assistant United States Attorney

450 Golden Gate Ave, P.O. Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7073
Michael.Starrett@usdoj.gov

*Attorneys for Respondents*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

EDWIN YOBANI ENAMORADO,

Petitioner,

v.

SERGIO ALBARRAN, et al.,[1]

Respondents.

Case No. 5:25-cv-04072-NW

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER**

Pursuant to the Court's Order, ECF No. 43, the parties hereby respectfully submit this joint stipulation for the petition for writ of habeas corpus.

1. The parties have met and conferred and believe that a Case Management Conference is not necessary. The parties jointly propose the following case schedule:

Respondents' Answer/Return: March 30, 2026

Petitioner's Reply/Traverse: April 29, 2026

2. The parties are prepared to proceed on this schedule and request that the case

[1] Sergio Albarran is automatically substituted as a defendant in this matter pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

management conference scheduled for February 11, 2026 be vacated.

3. Petitioner-Plaintiff requests that there be a hearing on the petition.

DATED: January 27, 2026.

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/ *Michael J. Starrett*
MICHAEL J. STARRETT
Special Assistant United States Attorney
*Attorneys for Respondents*

DATED: January 27, 2026.

Respectfully submitted,

/s/ *Judah Lakin*
JUDAH LAKIN
Lakin & Wille LLP
*Attorney for Petitioner*

**In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**~~[PROPOSED]~~ ORDER**

Pursuant to the parties' agreement in the joint stipulation, it is hereby ordered that the case management conference scheduled for February 11, 2026, is vacated. Respondents-Defendants shall file their answer/return on or before March 30, 2026. Petitioner-Plaintiff shall file his reply/traverse on or before April 29, 2026.

IT IS SO ORDERED.

DATED: ______________________




RABLE NOËL WISE
s District Judge