UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

EDWIN YOBANI ENAMORADO,

Plaintiff,

v.

POLLY KAISER, et al.,

Defendants.

Case No. 25-cv-04072-NW

**ORDER GRANTING STAY; ORDER MODIFYING PRELIMINARY INJUNCTION**

Re: ECF Nos. 42, 61

The Court held a hearing on Petitioner-Plaintiff Edwin Yobani Enamorado's habeas petition on September 25, 2026. ECF No. 61. At the hearing, counsel for both parties requested a stay of Petitioner's case until there is a decision in *D.V.D. v. U.S. Dep't of Homeland Sec.*, No. 26-1212, 2026 WL 2797801, at *1 (1st Cir. Sept. 18, 2026), a case that may ultimately resolve or impact Petitioner's case. The parties requested a stay for an initial period of 6 months. Accordingly, the Court STAYS Petitioner's case until further order of this Court. The Court SETS a case management conference for Tuesday, March 30, 2027, at 10:00 a.m.

The parties are further ordered to notify the Court, within 7 court days, if there are any updates in *D.V.D.* that impact Petitioner's case. Additionally, the parties shall immediately inform the Court, within 3 court days, if there are any changes to Plaintiff's immigration status or upcoming immigration proceedings.

As discussed during the September 25, 2026 hearing, the Court modifies the preliminary injunctive relief, ECF No. 42, as follows:

a. The Government is enjoined and restrained from designating a third country for Mr. Enamorado's removal without reopening Mr. Enamorado's removal proceedings;

b. The Government must provide evidence that the designated third country will accept

Mr. Enamorado;

c. The Government must allow an Immigration Judge to adjudicate whether that third country can be properly designated as a country for removal in the first instance;

d. The Government must allow Mr. Enamorado to present an application for withholding of removal under Section 1231(b)(3) and the Convention Against Torture as to that third country, if any, in front of an Immigration Judge in reopened removal proceedings; and

e. The Government is enjoined and restrained from re-arresting Mr. Enamorado unless and until his removal proceedings have been reopened. If and when his proceedings are reopened, the Government is enjoined and restrained from re-arresting Mr. Enamorado unless and until he has received a hearing in front of an Immigration Judge at which the Government must prove by clear and convincing evidence that Mr. Enamorado's current release conditions should be modified.

**IT IS SO ORDERED.**

Dated: September 28, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California